477 A.2d 895

Commonwealth v. Fisher, Appellant.

Reargument Denied July 17, 1984.

Petition for Allowance of Appeal
Denied Nov. 12, 1984.

 Submitted February 3, 1984. Elaine De-Masse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, BECK and JOHNSON, JJ.

Judgment of sentence is affirmed.